UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED HOUSE OF PRAYER
FOR ALL PEOPLE,

      Plaintiff,                  Case No. 02-75131
                                         Hon. Avern Cohn
-vs-                                      Magistrate Judge Morgan

UNITED BUILDING CONTRACTORS,INC., et al,

      Defendants,

---

## **ORDER GRANTING MOTION TO SUBSTITUTE REAL PARTY IN INTEREST**

This matter having come before the Court pursuant to Jaco Construction Services, Inc.'s Motion for Substitution of Real Party in Interest, and Plaintiff not having appeared in opposition to said Motion, and it appearing to the Court the Motion should be granted,

IT IS HEREBY ORDERED that Jaco Construction Services, Inc.'s Motion for Substitution of Real Party in Interest shall be and is hereby GRANTED; and

IT IS FURTHER ORDERED that St. Paul Fire and Marine Insurance Corporation, a Minnesota corporation, shall be substituted in the name and place of United House Of Prayer For All People as the Plaintiff in said cause; and

IT IS FURTHER ORDERED that the caption of the case shall be amended accordingly, and all future pleadings shall be styled in accordance with the revised caption.

Dated: May 03, 2006                              s/ Avern Cohn
                                                                 Honorable Avern Cohn
                                                                 U.S. District Court Judge

Approved for entry:

| | |
|---|---|
| s/with consent of W. Gregory Aimonette<br>W. Gregory Aimonette<br>Clausen Miller, PC<br>Co-Counsel for Plaintiff<br>10 S. LaSalle Street<br>Chicago, IL 60603-1098<br>(312) 855-1010<br>waimonette@clausen.com | s/with consent of Bruce Moss<br>Bruce N. Moss<br>Black Duggan & Moss, PC<br>Attorneys for Plaintiff<br>888 W. Big Beaver Road, Suite 777<br>Troy, MI 48084<br>(248) 273-0900<br>BruceM@bdlaw.us<br>(P36588) |
| s/with consent of Robert B. Holt, Jr.<br>Robert B. Holt, Jr.<br>Secrest, Wardle, Lynch, Hampton, Truex & Morley, PC<br>Attorneys for Hellebuyck Mechanical<br>30903 Northwestern Highway<br>P.O. Box 3040<br>Farmington Hills, MI 48333<br>(248) 539-2810<br>rholt@secrestwardle.com<br>(P31417) | s/with consent of Sandra A. Prokopp<br>Sandra A. Prokopp<br>Lynch, Prokopp, Sekerak & Rochau<br>Attorneys for Wooten Heating<br>Oakland Towne Square, Suite 470<br>One Towne Square<br>Southfield, MI 48076<br>(248) 223-0120<br>sandra.prokopp@libertymutual.com<br>(P26826) |
| s/with consent of Kenneth A. Rich<br>Kenneth A. Rich<br>William L. Spern<br>Kenneth Rich & Associates, PC<br>Attorneys for United Building Contractors, Inc.<br>30500 Northwestern Hwy., #311<br>Farmington Hills, MI 48334<br>(248) 208-8400<br>krich@richandcampbell.com<br>(P38349) | s/Allen J. Philbrick<br>Conlin, McKenney & Philbrick, PC<br>350 S. Main Street, Suite 400<br>Ann Arbor, MI 48104-2131<br>(734) 761-9000<br>philbrick@cmplaw.com<br>(P18865) |